NATIONAL TRUST FOR HISTORIC PRESERVATION IN the UNITED STATES; Historic Preservation League, Inc., a Non-profit Corporation; Preservation Texas, a Non-profit Corporation, Appellants,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION; Andrew C. Hove, Jr., in his official capacity as Acting Chairman, Federal Deposit Insurance Corp.

No. 93–5137.

United States Court of Appeals, District of Columbia Circuit.

Oct. 21, 1993.

Before: WALD, SILBERMAN,\* and RANDOLPH,\*\* Circuit Judges.

## *ORDER*

PER CURIAM.

Upon consideration of appellants' petition for rehearing, it is

ORDERED that the petition for rehearing be granted. The Clerk is directed to calendar this case for oral argument and establish a briefing schedule. It is

FURTHER ORDERED, on the court's own motion, that the court's judgment and opinion filed May 28, 1993, 995 F.2d 238, be vacated.

---

\* Judge Silberman was selected to replace Justice Ruth B. Ginsburg as a member of the panel.

\*\* Judge Randolph would deny the petition for rehearing.